**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2489**

———————

LENIR RICHARDSON,

                    Plaintiff - Appellant,

    versus

ANDREW LEE RICHARDSON; GERALD R. CURRAN; CLARK
E. BRODERSEN; JANINE M. SAXES; SUSAN THOMAS;
ROSLYN CHILDREN CENTER,

                    Defendants - Appellees,

    and

ELLEN ZEHL,

                    Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-04-868-A)

———————

Submitted: March 10, 2005        Decided: March 14, 2005

———————

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Lenir Richardson, Appellant Pro Se. Stephen Anthony Horvath, TRICHILO, BANCROFT, MCGAVIN, HORVATH & JUDKINS, Fairfax, Virginia;

Eric James Berghold, Gary Wayne Brown, MCCANDLISH & LILLARD, P.C., Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lenir Richardson appeals a district court order dismissing her complaint against her former husband, attorneys involved in her divorce and child custody action, and other persons who may have come into contact with her daughter. We have reviewed the record and the district court's memorandum opinion and order and dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED